No. 84. IN RE ESTATE OF GEORGE GALBRAITH. Appeal from circuit judge, first circuit. Submitted and decided May 29, 1907. Frear, C.J., Hartwell and Wilder, JJ. The executors filed their account crediting themselves with $530 paid to a surety company as a premium on their bond as executors. The master recommended that they be surcharged as ·to this item; the executors excepted;. the circuit judge overruled the exception. The executors appealed. Per curiam: The item

was properly disallowed and the decree is affirmed. See 18 Cyc. 285 and cases there cited,—also *Adamson v. Parker,* 85 S. W. (Ark.) 239. *Smith & Lewis* and *C. H. Olson* for the executors. *Holmes & Stanley* and *Ballou & Marx* for the heirs and legal representatives of deceased heirs.